STATE OF INDIANA         )
                         ) SS
COUNTY OF ST. JOSEPH     )

-FILED- SEALED

AUG 14 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

# AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Timothy W. Freel, being duly sworn, do herby state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Task Force Officer with the Federal Bureau of Investigation (FBI) and have been since 2019. I have been a Law Enforcement Officer with the Elkhart Police Department for seventeen years and am currently assigned as Task Force Officer to the Indianapolis Field Division of the FBI. I investigate federal crimes and subjects who commit federal crimes, including robberies that affect interstate commerce.

2. I know that Title 18, United States Code, Section 1951 provides that it is unlawful for any person to commit robbery interfering with interstate commerce by using threats or violence, and that Title 18, United States Code, Section 924(c) provides that it is unlawful to use, carry, brandish, and/or discharge a firearm during and in relation to a crime of violence.

3. The information contained in this affidavit is based upon my participation in this investigation, including conversations with other law enforcement officers and my review of documents. This affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint and issuance of arrest warrants for Marco FERNANDEZ, Juanito GOULD, Carlos REYES, Emmanuel MARTINEZ-GUEVARA, and Jose TRIGO for

1

violations of 18 U.S.C. §§ 924(c), 1951, and 2. This affidavit does not contain all the information known to me about this investigation.

## PROBABLE CAUSE

4. In 2019, I learned from a confidential source (CS) that Carlos Santana REYES sold substantial quantities of illegal drugs and was selling weapons in the Elkhart area. In 2020, investigators conducted several controlled purchases of drugs from REYES. Investigators also learned that an address often used by REYES was at 513 Moody Avenue in Elkhart.

5. That address was also often frequented by several of REYES's associates, including Juanito GOULD, Emmanuel MARTINEZ-GUEVARA, Jose TRIGO, and Marco FERNANDEZ.

6. On June 9, 2020, South Bend Police were called out to 906 E. Ewing, South Bend, Indiana, reference to a home invasion and shooting. The residence located at 906 E. Ewing, South Bend, Indiana, is a known location of drug sales, specifically powder cocaine and marijuana. Indeed, several weeks earlier, GOULD was stopped by law enforcement after leaving that residence, and he was in possession of several ounces of cocaine. On June 9, 2020, four masked Hispanic suspects, disguised as police officers, entered the home and demanded the homeowner take them to the homeowner's safe. The suspects, who were armed with handguns and long guns, zip tied a female occupant of the residence and shot the homeowner in the leg. The suspects tortured the homeowner and the female occupant by repeatedly striking both victims in the head with handguns and other

objects. The suspects obtained a safe, drugs, money, one handgun, and jewelry. When the police arrived, the homeowner was found in the front yard with a bullet wound to his leg and injuries to his head. The female occupant was found inside the residence with severe injuries to her head.

7. The beating victims described the four suspects as follows: Hispanic males, wearing black bulletproof vests, raid helmets, police-type clothing, black knee pads, and dark colored masks. The suspects possessed long guns and handguns. The victims also believed that at least one additional person was involved outside as a lookout and/or driver, because the robbers inside were using radios to communicate with someone outside.

8. After law enforcement secured the residence, a search warrant for the residence located at 906 E. Ewing was obtained. During the search, several bags of powder cocaine, several bags of marijuana, and several bags of prescription pills were seized from the residence. These appeared to be overlooked by the robbers; the condition of the rest of the house was consistent with having been ransacked as described by the robbery victims.

9. The homeowner was interviewed by law enforcement. He admitted selling cocaine and other drugs from his residence. He explained that the four suspects appeared to have specific knowledge about the safe in the residence. The homeowner identified GOULD and FERNANDEZ as possible suspects. The homeowner explained that GOULD and FERNANDEZ had recently been to his house and would have knowledge of the safe. Further, GOULD had recently traded

the homeowner an AR-15 pistol. During the robbery, one of the suspects specifically demanded an AR-15 pistol from the homeowner. The homeowner also noted GOULD makes custom bulletproof vests.

10. The female victim was interviewed by law enforcement. She said that she believed that she recognized one of the suspects to be FERNANDEZ. She recognized FERNANDEZ's voice during the robbery. She also explained one of the suspects was wearing a unique pair of gray suede shoes. The female victim remembered recently seeing FERNANDEZ wearing similar gray suede shoes.

11. During the investigation, I have become familiar with REYES, GOULD, MARTINEZ-GUEVARA, TRIGO, and FERNANDEZ as members of a small group named "ChoppaBoyz", which operates in Elkhart, Indiana, and sells t-shirts and ballistic plate carriers (for bulletproof vests).

12. On June 24, 2020, REYES was observed by law enforcement to be driving a 2019 blue Honda Accord.

13. On June 26, 2020, I spoke with a Detective of the Cedar City Police Department in Utah. The Detective was assigned a case involving an armed robbery. On June 26, 2020, four Hispanic males robbed two individuals in a parking lot. The suspects stole a backpack, which the victims stated contained $280,000 in cash. Police soon located the suspects' vehicle, a 2019 blue Honda Accord, and attempted to apprehend them. The suspects fled and a chase ensued. Two of the suspects were caught. One of them was identified as REYES. The other was MARTINEZ-GUEVARA.

14. The remaining two suspects avoided capture. However, when police searched the suspects' vehicle, they discovered two wallets left behind in the back seat. Each wallet had a license in the wallet. One license belonged to GOULD and the other belonged to FERNANDEZ. An AK-47 rifle was also recovered from the vehicle, along with jewelry that has been identified as being taken during the June 9 home invasion and robbery in South Bend.

15. On July 7, 2020, the Cedar City Police Department obtained an arrest warrant for FERNANDEZ and for GOULD for robbery.

16. On August 5, 2020, REYES and MARTINEZ-GUEVARA were interviewed in Utah after receiving their *Miranda* warning and in the presence of their attorney. They both admitted to participating in the June 9 robbery in South Bend. They said that the four individuals who went inside the home were REYES, MARTINEZ-GUEVARA, TRIGO, and FERNANDEZ. They said that GOULD remained outside as the driver, and that he maintained radio communication with them while they were searching the home.

17. REYES and MARTINEZ-GUEVARA both said that MARTINEZ-GUEVARA was the one who shot the homeowner. They said that they found and took a safe, cash, gold, and a watch. They admitted that they all had guns.

18. Both of them also indicated that the homeowner was targeted specifically because they knew him to be a drug dealer who often had large amounts of money. They said that GOULD had been engaging in drug transactions with the homeowner.

19. It should be noted that REYES and MARTINEZ-GUEVARA were interviewed separately, and their descriptions of events were extremely consistent. They both provided many additional accurate details about how the robbery was carried out.

20. They also said that their early efforts to break into the safe were unsuccessful. As a result, they said that FERNANDEZ, TRIGO, and MARTINEZ-GUEVARA went to a Menard's store and purchased a power saw to cut into the safe.

21. Investigators worked with a security company that works with Menard's stores, and eventually were able to obtain a high quality surveillance video recording and receipts from June 9, 2020. The receipts and video indeed showed that a power saw was purchased that day by three males. I reviewed the video and compared it to known photographs of TRIGO, FERNANDEZ, and MARTINEZ-GUEVARA, and I could easily determine that they were the individuals who obtained the saw from Menard's that day.

22. On August 13, 2020, investigators were able to locate FERNANDEZ and TRIGO together in Michigan City, Indiana.

23. TRIGO was informed of his *Miranda* rights and cooperated fully. He admitted that he participated in the June 9 home invasion and armed robbery. He said that REYES, MARTINEZ-GUEVARA, and FERNANDEZ also went inside. He said that GOULD was outside with a radio as a lookout. He admitted to buying a power saw to break into the stolen safe.

6

## CONCLUSION

Based upon this information, I believe there is probable cause to believe that Juanito GOULD, Emmanuel MARTINEZ-GUEVARA, Jose TRIGO, Marco FERNANDEZ and Carlos REYES did unlawfully obstruct, delay and affect, and attempt to obstruct, delay and affect, commerce and the movement of articles and commodities in such commerce, by robbery on June 9, 2020, as that term is defined in Title 18, United States Code, Section 1951. I further believe that there is probable cause to believe that the same five individuals did unlawfully use, brandish, and discharge firearms during and in relation to a crime of violence on June 9, 2020, in violation of Title 18, United States Code, Sections 924(c) and 2. I request that arrest warrants be issued for these five individuals.

FURTHER AFFIANT SAYETH NOT.

_____
Timothy W. Freel
Task Force Officer
Federal Bureau of Investigation

Sworn to before me and subscribed in my presence this 14th day of August, 2020.

_____
/s/Michael G. Gotsch, Sr.
Hon. Michael G. Gotsch, Sr.
United States Magistrate Judge